STARKIE HOLDING CORPORATION, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others, Respondents.— Orders granting defendants' motions for judgment dismissing the complaint under rule 106 of the Rules of Civil Practice on the ground that it is legally insufficient, and the judgment entered thereon, unanimously reversed, with costs, and the motions denied, on the authority of *Williams* v. *City of New York* (118 App. Div. 756; affd., 192 N. Y. 541); *Clarke Co.* v. *Board of Education* (156 App. Div. 842; affd., 215 N. Y. 646); *People ex rel. Carlin Construction Co.* v. *Prendergast* (220 id. 725). Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN SIMPSON, Appellant.— Order denying defendant's motion to dismiss indictment, and judgment convicting defendant of the crime of criminally receiving 3,012 yards of stolen cloth (Penal Law, § 1308) unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NANCY PLAZZO, Also Known as NANCY CANDOLLA, Appellant.— Judgment convicting defendant of petit larceny unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

CHARLES FRITZ, Respondent-Appellant, v. SAM CHERTOK, Appellant, Impleaded with JULIUS KRASNE and Others, Respondents.—Action to recover damages for personal injuries claimed to have been suffered as the result of the negligent operation of an automobile by the defendant Sam Chertok. The complaint alleges that the defendants Krasne had charge, care and management of the automobile, and that at the time of the accident it was operated by defendant Sam Chertok for and on behalf of the defendants Krasne. The complaint was dismissed at the close of the case as to defendants Krasne, and the court directed a verdict in favor of plaintiff and against defendant Sam Chertok for the sum of $15,000, after trial without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

CHARLES FRITZ, Appellant, v. JULIUS KRASNE and Others, Respondents.— In the action by this plaintiff against Sam Chertok and others (judgment in which is herewith affirmed, *ante*, p. 573) plaintiff sought to recover damages for personal injuries against defendant Chertok as the operator of the car by which plaintiff was injured, and against these defendants as having charge, care and management thereof. After entry of judgment in that action an order was entered severing the action as against defendant Chertok and granting a new trial as to these defendants. Thereafter the new trial was had at Trial Term without a jury, and the judgment herein appealed from was entered dismissing the complaint as to these defendants. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [161 Misc. 442.]

ALIDA ALLEN, Respondent, v. WESTCHESTER FIRE INSURANCE COMPANY OF NEW YORK, Appellant.— Action to recover on a policy of fire insurance issued by defendant to plaintiff. Judgment entered on a verdict in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.